UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------
UNITED STATES OF AMERICA,

       -   against –                 08 Cr 0076 (JWB)

JOSEPH AGATE,   ANTHONY DELVESCOVO *et. al,*
-----------------------------------------------------
New York, New York

        **ANTHONY DELVESCOVO**, being duly sworn hereby states under penalties of perjury that the following information is true:

       1.       My name is Anthony Delvescovo and I am a defendant in the above captioned case.

       2.       This affidavit is submitted in support of my motion to suppress evidence.

       3.       On or about February 28, 2008 I arrived at a work site at 30th Street and 10th Avenue in Manhattan.

       4.       When I arrived federal agents were already present and executing a federal search warrant.

       5.       I identified myself by name and showed the agents my identification.

       6.       I was not told I was under arrest.

       7.       I was taken into a separate room within a trailer at the work site.  At a later point, when I wanted to leave the room to get a drink of water, I was told that I could not do so.

       8.       Once inside the room, the agents questioned me without advising me of my *Miranda* warnings.

       9.       During the questioning, my telephone rang and I was not permitted to answer the call.

       10.       The agents continued to question me.

       11.       Later on in the questioning, I received another call and answered it. The phone call was from one of my superiors, who informed me that he had heard that I had been indicted.

       12.       I asked one agent if I was under arrest and received no response.  Another agent returned and asked more questions.  I told the agent that I wanted to speak to an attorney. Having learned I was now aware of the charge, he again asked me questions and subsequently, advised me that I was under arrest.  Only then was I finally advised of my *Miranda* rights.

13.    All of the questioning took place before I was finally told I was under arrest and that I could not leave.

Dated: June 27, 2008                                      Anthony Delvescovo

Sworn to before me this
27th day of June, 2008.

Notary Public

Avraham C. Moskowitz
Notary Public, State of New York
No. 02MO6134521
Qualified in Nassau County
Commission Expires October 3, 2009