# EXHIBIT 1

1

```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
 2
    - - - - - - - - - - - - - - X
 3
    UNITED STATES OF AMERICA      :     08-CR-00076 (JBW)
 4
         -against-                      U.S. Courthouse
 5                                :
                                        Brooklyn, New York
 6  FRANK CALI
 7              Defendant        :
                                        August 7, 2008
 8  - - - - - - - - - - - - - - X     10:30 a.m.
 9
    BEFORE:
10          HONORABLE JACK B. WEINSTEIN
            United States District Judge
11
12
    APPEARANCES:
13
    For the Government:       BENTON J. CAMPBELL, ESQUIRE
14                            United States Attorney
                              271 Cadman Plaza East
15                            Brooklyn, New York 11201
                              BY:  JOEY LIPTON
16                                 EVAN NORRIS
                                   Assistant U.S. Attorneys
17
18  For the Defendant:        HARLAN J. PROTASS
                              305 Madison Avenue
19                            Suite 1301
                              New York, New York 10165
20
21
    Court Reporter:           RONALD E. TOLKIN, RMR
22                            Official Court Reporter
                              225 Cadman Plaza East
23                            Brooklyn, New York 11201
24
            Minutes Taken Stenographically.  Transcript Produced
25  By Computer Aided Transcription.
```

U.S.A. v. FRANK CALI                              15

1   the conspiracy is a conspiracy.  There are two different

2   matters.

3         So to that extent it isn't double counting.  It is

4   a conspiracy to use a threat, and then it is the use of the

5   threats under the guidelines.  So it is an interesting

6   problem.  It is kind of obtuse, and you may want to take an

7   appeal.

8         But I am not going to give you less than two points

9   under Paragraph 143.  If you can, I can change the sentence

10  that I was going to make, but I am not inclined to do so in

11  this case as I was in the other cases.

12        What else?

13        MR. PROTASS:  Well, there is the one-point

14  enhancement that is in the presentence report for the amount

15  of money at issue here, Your Honor, and --

16        THE COURT:  Well, that, I don't see.  What's --

17  where is the loss?

18        MR. LIPTON:  There is the loss of $13,000 that was

19  paid pursuant to this conspiracy so that --

20        THE COURT:  Paid to whom?

21        MR. LIPTON:  This was paid to individuals, Leonard

22  DiMaria, Ernest Grillo, and Nicholas Corozzo, based on the --

23  once the cooperating witness, John Doe Number 4, got the

24  rights to dump at the site.

25        THE COURT:  This is the NASCAR?